UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>**SAHARA BALLINA-PEDROZA**<br><br>　　　　　　　Defendant. | **4:21MJ3132**<br>**2:21CR680**<br><br><br><br>**Magistrate Judge Zwart** |

A Petition for Violation of Pretrial Release was filed in the Southern District of Texas, charging the above-named defendant with use of illegal drugs and failing to truthfully respond to her supervising officer's questions regarding her drug use and address. The defendant was arrested in the District of Nebraska and promptly appeared before the undersigned magistrate judge.

At the hearing, Defendant

- acknowledged receiving a copy of the charging document;
- was advised of her right to remain silent and her right to counsel;
- was assisted by counsel appointed to represent her in the Nebraska proceedings; and
- waived her right to a preliminary hearing and detention hearing in Nebraska, reserving her right to those hearings upon return to the charging district.

Accordingly,

IT IS ORDERED:

1) The defendant is held to answer in the prosecuting district.

2) The U.S. Marshal is commanded to take custody of the above-named defendant and to transport the defendant forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant.

November 16, 2021　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge